# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-94
LT Case No. 16-2016-CF-5333-AXXX

———————————————

JAVON LAVELL WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant
Public Defender, Tallahassee, for Appellant.

Javon Lavell Williams, pro se.

Ashley Moody, Attorney General, and Trisha Meggs Pate,
Assistant Attorney General, Tallahassee, for Appellee.

November 9, 2023

PER CURIAM.


    We affirm the revocation of probation and sentence in the case
appealed herein. However, we remand for entry of a written order
of revocation of probation which specifies the conditions Appellant
was found to have violated. *See, e.g., Otero v. State*, 333 So. 3d 356
(Fla. 5th DCA 2022).

AFFIRMED; REMANDED with directions.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————